IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00401-PAB-KLM

DAVID KATT, on behalf of himelf and all others similarly situated,

    Plaintiff,

v.

COLORADO CASINO RESORTS, INC.,

    Defendant.
_____

## STIPULATED ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| /s/ Ari Hillel Marcus | /s/ Ryan Thomas Benson |
| Ari Hillel Marcus | Ryan Thomas Benson |
| Marcus & Zelman, LLC | O'Hagan Meyer LLC |
| 701 Cookman Avenue, Suite 300 | One East Wacker Drive, Suite 3400 |
| Asbury Park, NJ 07712 | Chicago, IL 60601 |
| Tel: (732) 695-3282 | Tel: (312) 422-6100 |
| Email: ari@marcuszelman.com | Email: rbenson@ohaganmeyer.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

    **SO ORDERED**

    Dated: _____

                                                    _____
                                                  Hon. Kristen L. Mix
                                                  United States Magistrate Judge