# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00401-PAB-KLM

DAVID KATT, on behalf of himself and all others similarly situated,
Plaintiff,

v.

COLORADO CASINO RESORTS, INC.,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff; and Ryan Thomas Benson on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case closed.

Respectfully submitted this 15th day of July, 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


/s/ Ryan Thomas Benson
Ryan Thomas Benson
O'Hagan Meyer LLC
One East Wacker Drive
Suite 3400
Chicago, IL 60601
rbenson@ohaganmeyer.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Ryan Thomas Benson
rbenson@ohaganmeyer.com


                           */s/ Ari H. Marcus*